No. 197. HUNTER H. MOSS, JR., PROSECUTING ATTORNEY, ETC., ET AL., APPELLANTS, *v.* ELLIS GLENN. Appeal from the Circuit Court of the United States for the Northern District of West Virginia. Argued and submitted March 11, 1903. Decided March 16, 1903. *Per Curiam.* Final order reversed with costs, and cause remanded with directions to quash the writ of *habeas corpus* and dismiss the petition. *Baker* v. *Grice,* 169 U. S. 284; *Markuson* v. *Boucher,* 175 U. S. 184; *Minnesota* v. *Brundage,* 180 U. S. 499; *Dreyer* v. *Illinois,* 187 U. S. 71. *Mr. William N. Miller* and *Mr. Hunter H. Moss, Jr.,* for appellants. *Mr. C. C. Cole* for appellees.

---

No. 208. PEOPLE OF THE STATE OF ILLINOIS ON THE RELATION OF GEORGE F. RAYBURN ET AL., PLAINTIFFS IN ERROR, *v.* HUGH A. BINNS ET AL. Error to the Supreme Court of the State of Illinois. Submitted March 12, 1903. Decided March 16, 1903. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Castillo* v. *McConnico,* 168 U. S. 674; *Butler* v. *Gage,* 138 U. S. 52; *Erie Railroad Company* v. *Purdy,* 185 U. S. 148. See 192 Illinois, 68. *Mr. Edward D. Blinn* for plaintiffs in error. No appearance for defendants in error.